537 A.2d 811

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Michael SMITH, Appellant.**

Supreme Court of Pennsylvania.

Submitted Dec. 11, 1987.

Decided Feb. 25, 1988.

Robert Fellheimer, Doylestown, for appellant.

Gaele McLaughlin Barthold, Deputy Dist. Atty., Ronald Eisenberg, Chief, Appeals Div., for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

This appeal is dismissed as having been improvidently granted.